LOUIS SCHWARTZREICH, Respondent, *v.* BAUMAN-BASCH, INCORPORATED, Appellant.

(Submitted June 6, 1921; decided June 10, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 231 N. Y. 196.)

---

MARTIN M. MOLENAOR et al., Appellants, *v.* FREDERICK VON DERLEHR, Individually and as Trustee under the Will of HENRY BATTERMANN, Respondent, Impleaded with Others.

*Appeal — failure to file undertaking — unanimous affirmance.*

*Molenaor* v. *Von Derlehr*, 192 App. Div. 955, appeal dismissed.
(Submitted June 6, 1921; decided June 10, 1921.)

MOTION to dismiss an appeal from a judgment, entered July 12, 1920, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an order of Special Term sustaining a demurrer to the complaint.

The motion was made upon the grounds that the required undertaking on appeal had not been given, that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*John C. Hoenninger* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.